1  DAVID M. LILIENSTEIN, ESQ. (SBN 218923)
   JESSICA M. CHO, ESQ. (SBN 303441)
2  DL LAW GROUP
   345 Franklin Street.
3  San Francisco, California  94102
   Telephone:    415-678-5050
4  Facsimile:    415-358-8484
   david@dllawgroup.com
5  jessica@dllawgroup.com

6  Attorneys for Plaintiff
   JESSICA LANGRIDGE
7
   JOSEPH C. LIBURT (STATE BAR NO. 155507)
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
9  Menlo Park, California  94025
   Telephone:    650-614-7400
10 Facsimile:    650-614-7401
   jliburt@orrick.com
11
   Attorneys for Defendant
12 U.S. ROCHE HEALTH AND WELFARE BENEFITS
   VEBA PLAN
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 JESSICA LANGRIDGE,                    Case No. 3:15-cv-04235-MEJ

18              Plaintiff,               **STIPULATION TO FILE FIRST
                                         AMENDED COMPLAINT,**
19        v.                             **SUBSTITUTE PARTY, SET ASIDE
                                         DEFAULT, AND DISMISS**
20 LIBERTY MUTUAL INSURANCE             **PLAINTIFF'S CLAIMS AGAINST
   COMPANY AND DOES 1 THROUGH 10,        LIBERTY MUTUAL INSURANCE**
21                                       **COMPANY**
              Defendants.
22

23

24

25

26

27

28

Plaintiff Jessica Langridge ("Plaintiff") and U.S. Roche Health and Welfare Benefits VEBA Plan (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed her Complaint in this Court on September 17, 2015;

WHEREAS, Plaintiff filed a Request to Enter Default as to Liberty Mutual Insurance Company ("Liberty Mutual") on November 25, 2015;

WHEREAS, the Clerk of Court entered Default as to Liberty Mutual on December 1, 2015;

WHEREAS, Plaintiff seeks to amend the Complaint to substitute U.S. Roche Health and Welfare Benefits VEBA Plan as a defendant for Liberty Mutual;

WHEREAS, U.S. Roche Health and Welfare Benefits VEBA Plan stipulates and agrees to the filing of Plaintiff's First Amended Complaint and acknowledges that it is the proper defendant to Plaintiff's disability benefits claim;

WHEREAS, the Parties stipulate to set aside the Default that was entered on December 1, 2015 as to Liberty Mutual;

WHEREAS, the Parties stipulate to the dismissal without prejudice of all of Plaintiff's claims against Liberty Mutual in this action.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, as follows:

1.     Plaintiff may have leave to file the First Amended Complaint.

2.     U.S. Roche Health and Welfare Benefits VEBA Plan is substituted as a defendant for Liberty Mutual.  The substitution of the proper defendant relates back to the filing of the original Complaint.

3.     U.S. Roche Health and Welfare Benefits VEBA Plan's response to the First Amended Complaint shall be due 20 days after the First Amended Complaint is filed and served.

4.     The Default entered as to Liberty Mutual shall be set aside.

5.     Plaintiff's claims against Liberty Mutual in this action shall be dismissed without

1    prejudice.

2

3    Dated: February 2, 2016                    DL LAW GROUP

4

5                                              By: _____ /s/ David M. Lilienstein
                                                         DAVID M. LILIENSTEIN
6                                                        Attorneys for Plaintiff
                                                         JESSICA LANGRIDGE
7

8

9    Dated: February 2, 2016                    ORRICK, HERRINGTON & SUTCLIFFE LLP

10

11                                             By: _____ /s/ Joseph C. Liburt
                                                         JOSEPH C. LIBURT
12                                                       Attorneys for Defendant
                                                    U.S. ROCHE HEALTH AND WELFARE
13                                                     BENEFITS VEBA PLAN

14

15

16   **Filer's Attestation:**  Pursuant to Local Rule 5-1, I attest under penalty of perjury that
     concurrence in the filing of the document has been obtained from its signatory.

17

18   Dated: February 2, 2016

19

20                                             By: _____ /s/ Joseph C. Liburt
                                                         JOSEPH C. LIBURT
21

22

23

24                                             Dated: February 5, 2016

25

26

27

28

IT IS SO ORDERED

Judge Maria-Elena James

STIPULATION TO FILE FIRST AMENDED COMPLAINT,
SUBSTITUTE PARTY, SET ASIDE DEFAULT, AND DISMISS
PLAINTIFF'S CLAIMS AGAINST LIBERTY MUTUAL
INSURANCE COMPANY [3:15-CV-04235-MEJ]