UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LANGRIDGE,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. ROCHE HEALTH AND WELFARE BENEFITS VEBA PLAN,<br><br>    Defendant. | Case No.  15-cv-04235-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

  **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on **Thursday, September 8, 2016 at 10:00 a.m**. in Courtroom B, 15th Floor, 450  Golden  Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by lead trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.

  **IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing  the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.  If the statement is e-filed, no chambers copy is required.

  **IT IS SO ORDERED.**


Dated: August 2, 2016

           _____
           MARIA-ELENA JAMES
           United States Magistrate Judge

United States District Court
Northern District of California