1   David M. Lilienstein, SBN 218923
    Jessica M. Cho, SBN 303441
2   DL LAW GROUP
    345 Franklin Street.
3   San Francisco, California  94102
    Telephone: (415) 678-5050
4   Facsimile:  (415) 358-8484
    E-mail:  david@dllawgroup.com, jessica@dllawgroup.com
5
6   Attorneys for Plaintiff,
    JESSICA LANGRIDGE
7
8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                                                    ) Case No.:  3:15-cv-04235-VC
    JESSICA LANGRIDGE,                                )
11                                                    ) **NOTICE OF VOLUNTARY DISMISSAL**
                    Plaintiff,                        ) **WITH PREJUDICE AND [~~PROPOSED~~]**
12                                                    ) **ORDER**
                    v.                                )
13                                                    )
    US ROCHE HEALTH AND WELFARE                       ) **FRCP 41(a)**
14  BENEFITS VEBA PLAN,                               )
                                                      )
15                  Defendant.                        )
                                                      )
16                                                    )
                                                      )
17  _____                )

18  **NOTICE IS HEREBY GIVEN** that pursuant to Fed. R.Civ. Pro. 41(a), Plaintiff

19  JESSICA LANGRIDGE requests that the Court dismiss all claims against Defendant US

20  ROCHE HEALTH AND WELFARE BENEFITS VEBA PLAN in the above-captioned

21  action *with* prejudice.

22

23  February 6, 2017                    Respectfully submitted,

24                                      **DL LAW GROUP**

25

26                                      By:  ___/s/_____
                                             David M. Lilienstein, Esq.
27                                           Jessica M. Cho, Esq.
                                             Attorneys for Plaintiff Jessica Langridge
28
                                      - 1 -

**DL LAW
GROUP**
_____
345 Franklin St
San Francisco,
CA 94102
Tel: 415-678-5050
Fax: 415-358-8484

# [PROPOSED] ORDER

All claims against Defendant US ROCHE HEALTH AND WELFARE BENEFITS VEBA PLAN shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED.**

Dated: February 8 , 2017

_____
Hon. Vince Chhabria
United States District Court Judge

**DL LAW GROUP**
_____
345 Franklin St
San Francisco,
CA 94102
Tel: 415-678-5050
Fax: 415-358-8484

**NOTICE OF VOLUNTARY DISMISSAL          CASE NO. 3:15-cv-04235-VC
WITH PREJUDICE AND [PROPOSED] ORDER**